IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELVIS HANES,<br><br>          Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, Director of NDCS, in their official capacity only; ROSALYN COTTON, Chairman, Nebraska Board of Parole, in their official capacity only; LAYNE GISSLER, members, Nebraska Board of Parole, in their official capacity only; BOB TWISS, members, Nebraska Board of Parole, in their official capacity only; MARK LANGAN, members, Nebraska Board of Parole, in their official capacity only; and HABIB OLOMI, members, Nebraska Board of Parole, in their official capacity only;<br><br>          Defendants. | **8:22CV156**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. Upon careful consideration,

IT IS ORDERED that:

1. The final pretrial conference in this matter, currently scheduled for March 14, 2023, is cancelled. The conference may be rescheduled after the resolution of Defendants' pending Motion for Summary Judgment, *see* Filing No. 47.

2. The clerk's office is directed to cancel the final pretrial conference in this matter, currently scheduled for March 14, 2023.

Dated this 13th day of March, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge